Ahren A. Tiller, Esq. [SBN: 250608]
ahren.tiller@blc-sd.com
Bankruptcy Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiffs
IRENE WILLIAMS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| IRENE WILLIAMS<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A. and DOES 1-10, inclusive<br><br>Defendants | **CASE NO: 3:17-cv-02088-JLS-BGS**<br><br>**NOTICE OF SETTLEMENT**<br><br><br>**JUDGE:** Hon. Janice L. Sammartino<br><br>**MAGISTRATE:** Hon. Bernard G. Skomal |
|---|---|

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff has settled his claims as to all Defendants. Plaintiff and Defendant Citibank, N.A. intend to file a stipulation of dismissal with prejudice as to all Defendants.

Dated: January 16, 2018                    by: /s/ Ahren A. Tiller
                                                                              Ahren A. Tiller
                                                                              Bankruptcy Law Center, APC
                                                                              1230 Columbia St., #1100
                                                                              San Diego, CA 92101
                                                                              Attorney(s) for Plaintiff