UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAMS,<br><br>                             Plaintiff,<br><br>v.<br><br>CITIBANK N.A. and DOES 1–10,<br><br>                             Defendants. | Case No.: 17-CV-2088 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 12) |
|---|---|

Presently before the Court is Plaintiff Irene Williams and Defendant Citibank, N.A.'s Joint Motion to Dismiss. (ECF No. 12.) The parties have reached a settlement and request the Court dismiss all claims. (*See id.*) Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the parties, each party shall bear its own attorney's fees and costs. (*Id.* at 2.) The Clerk of Court **SHALL** close the file.

   **IT IS SO ORDERED.**

Dated: February 9, 2018

                                                            *Janis L. Sammartino*
                                                            Hon. Janis L. Sammartino
                                                            United States District Judge